# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2152 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 48 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 61024 |
| ROSEMARIA PLESH A/K/A ROSEMARIA | : | |
| MERANTE | : | (Out of State) |
| Respondent | | |

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of October, 2015, on certification by the Disciplinary Board that Rosemaria Plesh a/k/a Rosemaria Merante, who was suspended for a period of three months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Rosemaria Plesh a/k/a Rosemaria Merante is reinstated to active status, effective immediately.